**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROTOLIGHT LIMITED | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. |
| | § | |
| VIDENDUM PLC, VIDENDUM | § | **JURY TRIAL DEMANDED** |
| PRODUCTION SOLUTIONS, INC. | § | |
| Defendants. | § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Rotolight Limited ("Rotolight" or "Plaintiff"), by and through its attorneys, for its Complaint for patent infringement against Videndum PLC and Videndum Production Solutions, Inc. (collectively, "Videndum" or "Defendants"), and demanding trial by jury, hereby alleges, on information and belief with regard to the actions of Defendants and on knowledge with regard to its own actions, as follows:

## I.      INTRODUCTION

1.      Plaintiff brings this patent infringement action to protect its pioneering patented technology relating to innovative lighting systems featuring its industry first cinematic special effect solutions "CineSFX ®" for feature film, TV/Broadcast and video production.

2.      Rotolight manufactures, and sells world-wide its award-winning, patented LED lights containing advanced, patented technology for use in film, TV, and special effect cinematography.

3.      Rotolight is a family business based in the UK and has been recognized for its innovation and advancement of engineering excellence in the television and film industry.

4.      Rotolight's products are used regularly by leading broadcasters and film production companies including Netflix, Amazon Studios, Sky,  BBC, RAI, and ITV.

5.     Rotolight won amongst many other awards, the prestigious Cinec Lighting Engineering Award for "outstanding and market-ready achievements and innovations in motion picture and post-production technology."

6.     Rotolight was the first to market to have user customizable cinematic special effects integrated in its LED lights for the film and TV industries, which saves filmmakers, cinematographers, and lighting gaffers considerable time and money on set by simplifying their workflows by eliminating the need for complicated and expensive traditional "flicker box" effect generators, and other equipment typically associated with special effects using conventional lighting technology.

7.     Rotolight has been consistently recognized for its innovation and advancement of engineering excellence in the broadcast market, has won over 30 international awards from leading industry publications, and has been awarded over 40 patents.

8.     Cinematic Special Effects, "CineSFX" is a registered trademark of Rotolight Limited.

## II.     NATURE OF THE ACTION

9.     This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271, et seq., to enjoin and obtain damages resulting from Defendants' unauthorized use, sale, and offer to sell in the United States, of products, methods, processes, services and/or systems that infringe Plaintiff's United States patents, as described herein.

10.     Defendants, individually and collectively as a single business entity, manufacture, provide, use, sell, offer for sale, import, and/or distribute infringing products and services, and encourages others to use their products and services in an infringing manner, as set forth herein.

11.     Plaintiff seeks to enjoin Defendants and also past and future damages and prejudgment and post-judgment interest for Defendants' infringement of the Asserted Patents, as defined below.

### III.     PARTIES

12.     Plaintiff Rotolight Limited is a limited company organized and existing under the law of the England, with its principal place of business located Wooburn Industrial Park, Unit 10, Thomas Road, High Wycombe, Buckinghamshire, England, HP10 0PE.

13.     Rotolight is the owner of the entire right, title, and interest of the Asserted Patents, as defined below.

14.     On information and belief, Defendant Videndum PLC is a UK Public Limited Company with its principal place of business at Bridge House, Heron Square, Richmond TW9 1EN, UK. Videndum PLC may be served pursuant to Fed. R. Civ. P. 4(f)(1).

15.     On information and belief, Defendant Videndum Production Solutions, Inc. is a Delaware corporation with its principal place of business at William Vinten Building Easlea Road Moreton Hall Estate Bury St Edmunds Suffolk IP32 7BY UK. Videndum Production Solutions may be served through its registered agent Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

16.     On information and belief, Defendants were formally known as Vitec PLC and Vitec Production Solutions, Inc.

### IV.     JURISDICTION AND VENUE

17.     This is an action for patent infringement that arises under the patent laws of the United States, in particular, 35 U.S.C. §§ 271, 281, 283, 284, and 285.

18.     This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

19.     This Court has personal jurisdiction over Videndum PLC in this action because Videndum PLC has committed acts within the District of Delaware giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over Videndum PLC would not offend traditional notions of fair play and substantial justice. Videndum PLC, directly and/or through subsidiaries or intermediaries (including distributors, retailers, and others), has committed and continues to commit acts of infringement in this District by, among other things, offering to sell and selling products and/or services that infringe the patents-in-suit. Moreover, Videndum PLC actively directs its activities to customers located in the State of Delaware.

20.     This Court has personal jurisdiction over Videndum Production Solutions, Inc. in this action because Videndum Production Solutions, Inc. in incorporated in this District. Videndum Production Solutions, Inc. directly and/or through subsidiaries or intermediaries (including distributors, retailers, and others), has committed and continues to commit acts of infringement in this District by, among other things, offering to sell and selling products and/or services that infringe the patents-in-suit.

21.     Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(d) and 1400(b) for both Defendants. Videndum PLC is a foreign corporation not residing in the United States. Upon information and belief, Videndum PLC has transacted business in the District of Delaware and has committed acts of direct and indirect infringement in the District of Delaware. Videndum Production Solutions, Inc. is incorporated in the State of Delaware, and upon information and

belief, has transacted business in the District of Delaware and has committed acts of direct and indirect infringement in this District.

## V.    COUNTS OF PATENT INFRINGEMENT

22.    Plaintiff alleges that Defendants have infringed and continue to infringe the following United States patents (collectively, the "Asserted Patents"):

United States Patent No. 10,197,257 (the "'257 Patent") (Exhibit A)
United States Patent No. 10,197,258 (the "'258 Patent") (Exhibit B)
United States Patent No. 10,845,044 (the "'044 Patent") (Exhibit C)

## COUNT ONE
## INFRINGEMENT OF U.S. PATENT 10,197,257

23.    Plaintiff incorporates by reference the allegations in all preceding paragraphs as if fully set forth herein.

24.    The '257 Patent, entitled "Lighting System and Control Thereof," was filed on November 22, 2017, claims priority to a provisional application filed on April 8, 2016, and issued on February 5, 2019.

25.    Plaintiff is the assignee and owner of all rights, title, and interest to the '257 Patent, including the right to recover for past infringements, and has the legal right to enforce the patent, sue for infringement, and seek equitable relief and damages.

## Technical Description

26.    The '257 Patent claims a "method for controlling a lighting device to produce a range of user customizable realistic lighting effects for videography, broadcasting, cinematography, studio filming and/or location filming" '257 Patent, Abstract.

27.    The '257 Patent provides a technical solution to prior art problems by, among other improvements, eliminating the need for a separate lighting device, that is used to produce light

5

effects to mimic lighting effects for example simulating a fireplace, candle, electrical spark or lightning for on set television/broadcast production use. '257 Patent, 1:18-41.

### Direct Infringement

28.     Defendants, individually and collectively as a common business enterprise and without authorization or license from Plaintiff, have been and are directly infringing the '257 Patent, either literally or equivalently, as infringement is defined by 35 U.S.C. § 271, including through making, using (including for testing purposes), importing, selling, and offering for sale lighting devices that infringe one or more claims of the '257 Patent. Defendants, individually and collectively as a common business enterprise, develop, design, manufacture, sell, and distribute lighting devices that infringe one or more claims of the '257 Patent. Defendants further provide services that practice methods that infringe one or more claims of the '257 Patent. Defendants are thus liable for direct infringement pursuant to 35 U.S.C. § 271. Exemplary infringing products include, but are not limited to, the Litepanels Gemini Series (e.g., the Gemini 1X1 Soft, the Gemini 1X1 Hard, the Gemini 2X1 Soft, and the Gemini 2X1 Hard); Quasar Science Double Rainbow (RR), Rainbow 2 (R2), and Rainbow linear LED lights; and all other substantially similar products (collectively the "'257 Accused Products").

29.     Plaintiff names these exemplary infringing instrumentalities to serve as notice of Defendants' infringing acts, but Plaintiff reserves the right to name additional infringing products, known to or learned by Plaintiff or revealed during discovery, and include them in the definition of '257 Accused Products.

30.     Defendants are liable for direct infringement pursuant to 35 U.S.C. § 271 for the manufacture, sale, offer for sale, importation, or distribution of the '257 Accused Products and other similar products.

31.    The '257 Accused Products are non-limiting examples of lighting systems that meet all limitations of at least claim 15 of the '257 Patent, either literally or equivalently.

32.    The '257 Accused Products include a controller adapted to control at least one lighting device to produce a user customisable lighting effect.

# Exceptional light – Endless creativity.

Unleash your creative vision and bring high-quality cinematic lighting to your set with the compact and lightweight Gemini RGBWW LED Panel range. Control light precisely from natural white light to fully saturated RGBWW output in an instant; Gemini delivers the ultimate flexibility you need for endless creative lighting options all in one unique fixture. Whether in the studio or out on location, you'll find a perfect lighting solution in the Gemini range.

https://www.litepanels.com/en/products/gemini/



https://www.litepanels.com/en/products/gemini/.

33.     The controller of the '257 Accused Products comprises an effect simulator adapted to calculate a time varying lighting value based on at least one simulation parameter; wherein said at least one simulation parameter characterizes a user customisable lighting effect selected from a range of different user customisable lighting effects for at least one of: videography, broadcasting, cinematography, studio filming, and location filming; wherein the at least one simulation parameter is at least one of: a random brightness; a random duration; and a random interval; said simulation parameter depending on the user customisable lighting effect being simulated:

- "The Gemini family of lights has a robust Effects Mode for creating a wide range of dynamic lighting effects. Each effect can be customized to create thousands of variations. This document provides detailed descriptions of each effect parameter and how it is accessed and controlled through the onboard user interface.
  To enter Effects Mode, press the LEFT KNOB to open the main menu and scroll to EFFECTS MODE by twisting the LEFT KNOB. Press the LEFT KNOB to enter Effects mode. Within Effects mode, turn the LEFT KNOB to choose a particular effect and press the LEFT KNOB to activate the selected effect. The interface will switch to Parameter Control Mode, where you can customize the individual parameter of the selected effect." **Gemini Effects Guide (Rev. C – Nov. 2019), p. 2**

- "One light, infinite creativity. With precision control over 16.7 million colors and a wide range of gels and fully customizable cinematic effects, Gemini is the only fixture you will need on set. From simulating fire or a television, washing a green screen or matching a color palette, Gemini's beautifully rich color output with outstanding depth, vibrancy and intensity means that whatever the situation the light you need is already on set and just the touch of a button away."  https://www.litepanels.com/en/products/gemini-1x1/

- "With an intuitive UI for fast menu selection and customizable pre-set buttons for quick recall of your favorite scenes and settings [such as Cinematic special FX], Gemini makes professional results available at the touch of a button, helping you operate with efficiency and save time on set."  https://www.litepanels.com/en/products/gemini-1x1/



https://www.litepanels.com/en/products/gemini-1x1-hard/

## Creative, high output, quality cinematic lighting

Unleash your creative vision and bring high quality cinematic lighting to your set with the lightweight versatile Gemini 2x1 Soft. Control light precisely with more creative options than ever, from a beautiful soft white light to full RGBWW, Gemini delivers the instant flexibility you need for endless creative lighting options in one unique easy-to-handle fixture. Whether in the studio or out on location, the high-output, quick-to-rig Gemini 2x1 provides exceptional results for any production.

https://www.litepanels.com/en/products/gemini-2x1

## Interface Overview

Effect parameters are controlled and adjusted using the three knobs next to the display screen. The configuration of these controls is displayed on the interface screen. In general, the RIGHT knob will control the dimming parameter of the effect. Pressing the LEFT knob will Change Parameter Rows (when available) and turning a knob will adjust the associated parameter's value. Using these basic rules, it's very easy to dial in the exact effect you are looking for.

Gemini Effects Guide (Rev. C – Nov. 2019), p. 2



https://www.litepanels.com/en/products/gemini-1x1/



https://www.litepanels.com/en/products/gemini-1x1/

34.     The '258 Accused Products' "fireworks," "party lites," "fire," "lite-ning,"
"paparazzi," and "tv/monitor" simulations, for example, vary over time and are generated based
on the adjusted effect parameters:

## Fireworks

Simulates a fireworks display

| | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **FREQ**<br>Adjust the amount of fireworks bursts per time<br>Eg:<br>0 = No bursts<br>50 = Medium number of bursts<br>100 = Large number of bursts | **COLORS**<br>Select the colors used in the fireworks<br>- Red/White/Blue<br>- Red/Green/Blue<br>- 6-Color<br>- 12-Color<br>- Random | **DIM**<br>0 = No Output<br>100 = Full Output |
| **PRESS** | | **SUSTAIN**<br>Select the fade time of the bursts<br><br>SHORT = Burst decays quickly<br>MED = Burst decays moderately<br>LONG = Burst decays slowly | **TRIG**<br>Trigger the bursts manually, regardless of the FREQ setting |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 4**

## Party Lites

Colored light changes at regular intervals to simulate club or party lighting

| | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **RATE**<br>Adjust the amount of color changes per time<br>Eg:<br>0 = Long time between changes<br>100 = Short time between changes | **TYPE**<br>Select the type of Lite Show<br>PULSING = Light fades down and up between colors<br>Chase = Light cross-fades from color to color<br>Blend = Color is continuously output from the HUE color wheel | **DIM**<br>0 = No Output<br>100 = Full Output |
| **PRESS** | | **COLORS**<br>Select colors used in the show while in PULSING or CHASE modes<br>- Red/White/Blue<br>- Red/Green/Blue<br>- 6-Color<br>- 12-Color<br>- Random | **TRIG**<br>Press to trigger a color change |
| Notes: | | | |

11

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 7**

## Fire

Simulates a wide variety of fire effects from a match to a candle to a bonfire

| | | LEFT | CENTER | RIGHT |
|---|---|---|---|---|
| | **TURN** | **HUE**<br>Color wheel in degrees<br>Red = 0<br>Green = 120<br>Blue = 240 | **SAT**<br>Purity of the HUE<br>0 = White (5600K)<br>100 = Pure Color | |
| | **TURN** | **RATE**<br>Adjust the flicker rate<br>of the flames<br>Eg:<br>1 = Slow flicker<br>100 = Fast flicker | **DEPTH**<br>Adjust the range of the<br>intensities of the flames<br>Eg:<br>0 = No change in intensity<br>100 = Large range in intensity | **DIM**<br>0 = No Output<br>100 = Full Output |
| | **PRESS** | Change Row | **COLOR MIX**<br>Select how intensity affects HUE<br>Eg:<br>1-CLR = Only selected HUE used<br>NARROW = Intensity affects HUE<br>slightly<br>MED = Intensity affects HUE<br>moderately<br>WIDE = Intensity affects HUE greatly | |

Notes:
COLOR MIX: Larger intensities lower the HUE value
RATE: Smaller values used for larger flames, larger values used for smaller flames. Ex. Candle RATE = 80
DEPTH: Smaller values used for smaller flames, larger values used for larger flames

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 3**

## Lite-ning

Simulates lightning flashes

| | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **RATE**<br>Adjust the speed of the undulations of the lightning intensity<br>1-100 | **CCT**<br>Adjust the CCT of the light output from 2700K to 6000K | **DIM**<br>0 = No Output<br>100 = Full Output |
| **PRESS** | | **MODE**<br>Select LOOP MODE or MANUAL MODE<br>MANUAL MODE = Activate the lightning manually<br>LOOP MODE = Lightning is output continuously | **BUMP**<br>Press to activate the lightning while in MANUAL MODE |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 6**

## Paparazzi

Simulates camera flashes

| | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **FREQ**<br>Adjust the amount of flashes per time<br>Eg:<br>0 = No flashes<br>100 = Large amount of flashes | **CCT**<br>Adjust the CCT of the light output from 2700K to 6000K | **DIM**<br>0 = No Output<br>100 = Full Output |
| **PRESS** | **FLASH**<br>Select the type of flash<br>Eg:<br>50ms = Short flash<br>100ms = Med flash<br>150ms = Long flash<br>BULB = Flash with decay | **TRIG**<br>Select LOOP MODE or MANUAL MODE<br>MANUAL MODE = Trigger a flash manually<br>LOOP MODE = Flashes are output continuously | **TRIG**<br>Press to trigger a color change |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 6**

## TV/Monitor

Simulates the varying light and color output of a Television or Computer Monitor

|  | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **RATE**<br>Adjust the amount of Scene Changes per time<br>0 = No Scene Changes<br>100 = Frequent Scene Changes | **MOTION**<br>Adjust the amount of variations within a scene<br>0 = No variations<br>100 = Frequent variations | **DIM**<br>0 = No Output<br>100 = Full Output |
| **PRESS** | **RANGE**<br>Set the amount of variation (+- Green) due to Scene Changes or MOTION<br>SML – Small<br>MED – Medium<br>LRG – Large | **CCT**<br>Select the general CCT of the effect.<br>WARM= Less than 3800K<br>NEUT= 3800K < CCT < 4900K<br>COOL= > 4900K | **TRIG**<br>Press to trigger a Scene Change at any time |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 11**

35.     The controller of the '257 Accused Products further comprises an output of the effect simulator adapted to control a lighting device according to the calculated variation of lighting over time.



https://www.litepanels.com/en/products/gemini-1x1-hard/

# Unleash your creativity with Gemini cinematic effects

In this series, cinematographer Garrett Sammons showcases five short creative scenes and shares practical tips on how to position, shape and fine-tune your lighting for added drama and realism. Whether you're looking to recreate a patrolling cop car or a dramatic lightning strike, Litepanels Gemini LED RGBWW panels give you full creative control.



Fire : Breakdown of how to use the Gemini in a burn barrel to create the perfect fire flicker effect.



Fireworks: Learn how to create and customize the perfect fireworks effect using Gemini.



Lightning : Master the lightning effect mode and enhance your next horror production.



Party: In this mode you see how people really dance under LED light.

https://www.litepanels.com/en/knowledge-base/gemini-effects-series/



https://www.litepanels.com/en/applications/lighting-for-mood/



https://www.litepanels.com/en/applications/christian-herrara/



https://www.litepanels.com/en/products/gemini-1x1-hard/

17

**Willful Infringement**

36.     Upon information and belief, Defendants have had actual knowledge (or should have been aware) of the '257 Patent and its infringement since at least November of 2019 when Rotolight approached Vitec to take a license to its intellectual property.

37.     Further, Defendants have had actual knowledge of the '257 Patent and its infringement since at least service of Plaintiff's Complaint.

38.     Although Defendants have  incorporated Plaintiff's patented technology as set forth in this Complaint, Defendants have no license to use the technology described in Plaintiff's technical materials and claims disclosed in the patents, which are assigned to Plaintiff.

39.     Defendants' risk of infringement of the Asserted Patents was either known or was so obvious that it should have been known to Defendants.

40.     Notwithstanding this knowledge, Defendants have knowingly or with reckless disregard willfully infringed the '257 Patent. Defendants have thus had actual notice of the infringement of the '257 Patent and acted despite an objectively high likelihood that their actions constituted infringement of Plaintiff's valid patent rights, either literally or equivalently.

41.     This objective risk was either known or so obvious that it should have been known to Defendants. Accordingly, Defendants' infringement has been and continues to be willful, and Plaintiff seeks enhanced damages pursuant to 35 U.S.C. §§ 284 and 285.

**Indirect, Induced, and Contributory Infringement**

42.     Defendants have induced and are knowingly inducing their distributors, testers, trainers, customers, and/or end-users to directly infringe the '257 Patent, with the specific intent to induce acts constituting infringement, and knowing that the induced acts constitute patent infringement, either literally or equivalently.

43.     Defendants have knowingly contributed to direct infringement by their customers by having imported, sold, and/or offered for sale, and knowingly importing, selling, and/or offering to sell within the United States the '257 Accused Products which are not suitable for substantial non-infringing use, and which are especially made or specially adapted for use by its customers in an infringement of the '257 Patent.

44.     Defendants' indirect infringement includes, for example, providing data sheets, technical guides, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end-users to directly infringe the '257 Patent.

45.     Defendants' indirect infringement additionally includes marketing their products for import by their customers into the United States. Defendants' indirect infringement further includes providing product specifications instructing its customers on infringing uses of the accused products. The '257 Accused Products are designed in such a way that when they are used for their intended purpose, the user infringes the '257 Patent, either literally or equivalently. Defendants know and intend that customers who purchase the '257 Accused Products will use those products for their intended purpose. For example, Defendant's United States website, https://www.litepanels.com/en,  instructs customers to use the '257 Accused Products in numerous infringing applications. Defendants' customers directly infringe the '257 Patent when they follow Defendant's provided instructions. Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use, and sell infringing products in the United States to serve and develop the United States market for Defendants' infringing products.

46.     Defendants know following their instructions directly infringes claims of the '257 Patent and Defendants' customers who follow Defendants' provided instructions directly infringe the '257 Patent.

47.     As a result of Defendants' infringement, Plaintiff has suffered monetary damages, and is entitled to an award of damages adequate to compensate it for such infringement which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 US.C. § 284.

## COUNT TWO
## INFRINGEMENT OF U.S. PATENT 10,197,258

48.     Plaintiff incorporates by reference the allegations in all preceding paragraphs as if fully set forth herein.

49.     The '258 Patent, entitled "Light System and Control Thereof," was filed on December 21, 2017, and issued on February 5, 2019.

50.     Plaintiff is the assignee and owner of all rights, title, and interest to the '258 Patent, including the right to recover for past infringements, and has the legal right to enforce the patent, sue for infringement, and seek equitable relief and damages.

### Technical Description

51.     The '258 Patent relates to a lighting system comprising: "a lighting device; and a controller for controlling the lighting device to produce user customizable realistic lighting effects, the controller comprising: a calculating device adapted to calculate a time varying lighting value based on at least one simulation parameter; and adapted to output said time varying lighting value to said lighting device so as to simulate a user customizable realistic lighting effect; wherein said lighting device and said controller are integrated in a combined unit." '285 Patent, Abstract.

52.     The '258 Patent provides a technical solution to prior art problems by, among other improvements, eliminating the need for a separate lighting device, that is used to produce light effects to mimic lighting effects for example simulating a fireplace, candle, electrical spark or lightning for on set television/broadcast production use. '258 Patent, 1:21-26.

**Direct Infringement**

53.     Defendants, individually and collectively as a common business enterprise and without authorization or license from Plaintiff, have been and are directly infringing the '258 Patent, either literally or equivalently, as infringement is defined by 35 U.S.C. § 271, including through making, using (including for testing purposes), importing, selling, and offering for sale lighting devices that infringe one or more claims of the '258 Patent. Defendants, individually and collectively as a common business enterprise, develop, design, manufacture, sell, and distribute lighting devices that infringe one or more claims of the '258 Patent. Defendants further provide services that practice methods that infringe one or more claims of the '258 Patent. Defendants are thus liable for direct infringement pursuant to 35 U.S.C. § 271. Exemplary infringing products include, but are not limited to, the Litepanels Gemini Series (e.g., the Gemini 1X1 Soft, the Gemini 1X1 Hard, the Gemini 2X1 Soft, and the Gemini 2X1 Hard); Quasar Science Double Rainbow (RR), Rainbow 2 (R2), and Rainbow linear LED lights; and all other substantially similar products (collectively the "'258 Accused Products").

54.     Plaintiff names these exemplary infringing instrumentalities to serve as notice of Defendants' infringing acts, but Plaintiff reserves the right to name additional infringing products, known to or learned by Plaintiff or revealed during discovery, and include them in the definition of '258 Accused Products.

55.     Defendants are liable for direct infringement pursuant to 35 U.S.C. § 271 for the manufacture, sale, offer for sale, importation, or distribution of the '258 Accused Products and other similar products.

56.     The '258 Accused Products are non-limiting examples of lighting systems that meet all limitations of at least claim 1 of the '258 Patent, either literally or equivalently.

## Exceptional light – Endless creativity.

Unleash your creative vision and bring high-quality cinematic lighting to your set with the compact and lightweight Gemini RGBWW LED Panel range. Control light precisely from natural white light to fully saturated RGBWW output in an instant; Gemini delivers the ultimate flexibility you need for endless creative lighting options all in one unique fixture. Whether in the studio or out on location, you'll find a perfect lighting solution in the Gemini range.

https://www.litepanels.com/en/products/gemini/

57.     The '258 Accused Products include a lighting device:



https://www.litepanels.com/en/products/gemini/



https://www.litepanels.com/en/products/gemini-1x1/

58.     The '258 Accused Products include a controller adapted to control the lighting device to produce a user customisable cinematic lighting special effect selected from a range of different user customisable cinematic lighting special effects, the controller comprising:

- "The Gemini family of lights has a robust Effects Mode for creating a wide range of dynamic lighting effects. Each effect can be customized to create thousands of variations. This document provides detailed descriptions of each effect parameter and how it is accessed and controlled through the onboard user interface.
  To enter Effects Mode, press the LEFT KNOB to open the main menu and scroll to EFFECTS MODE by twisting the LEFT KNOB. Press the LEFT KNOB to enter Effects mode. Within Effects mode, turn the LEFT KNOB to choose a particular effect and press the LEFT KNOB to activate the selected effect. The interface will switch to Parameter Control Mode, where you can customize the individual parameter of the selected effect." **Gemini Effects Guide (Rev. C – Nov. 2019), p. 2**

- "One light, infinite creativity. With precision control over 16.7 million colors and a wide range of gels and fully customizable cinematic effects, Gemini is the only fixture you will need on set. From simulating fire or a television, washing a green screen or matching a color palette, Gemini's beautifully rich color output with outstanding depth, vibrancy and intensity means that whatever the situation the light you need is already on set and just the touch of a button away." https://www.litepanels.com/en/products/gemini-1x1/

- "With an intuitive UI for fast menu selection and customizable pre-set buttons for quick recall of your favorite scenes and settings, Gemini makes professional results available at the touch of a button, helping you operate with efficiency and save time on set." https://www.litepanels.com/en/products/gemini-1x1/

### Creative, high output, quality cinematic lighting

Unleash your creative vision and bring high quality cinematic lighting to your set with the lightweight versatile Gemini 2x1 Soft. Control light precisely with more creative options than ever, from a beautiful soft white light to full RGBWW, Gemini delivers the instant flexibility you need for endless creative lighting options in one unique easy-to-handle fixture. Whether in the studio or out on location, the high-output, quick-to-rig Gemini 2x1 provides exceptional results for any production.

https://www.litepanels.com/en/products/gemini-2x1

### Interface Overview

Effect parameters are controlled and adjusted using the three knobs next to the display screen. The configuration of these controls is displayed on the interface screen. In general, the RIGHT knob will control the dimming parameter of the effect. Pressing the LEFT knob will Change Parameter Rows (when available) and turning a knob will adjust the associated parameter's value. Using these basic rules, it's very easy to dial in the exact effect you are looking for.

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 2**



https://www.litepanels.com/en/products/gemini-1x1/



https://www.litepanels.com/en/products/gemini-1x1/

59.     The '258 Accused Products include a controller comprising an input interface for receiving user input to enable a user to select user customisable cinematic lighting special effect from said range of different user customisable cinematic lighting special effects:

**Interface Overview**

Effect parameters are controlled and adjusted using the three knobs next to the display screen. The configuration of these controls is displayed on the interface screen. In general, the RIGHT knob will control the dimming parameter of the effect. Pressing the LEFT knob will Change Parameter Rows (when available) and turning a knob will adjust the associated parameter's value. Using these basic rules, it's very easy to dial in the exact effect you are looking for.

Gemini Effects Guide (Rev. C – Nov. 2019), p. 2



https://www.litepanels.com/en/products/gemini-1x1/



https://www.litepanels.com/en/litepanels/gemini-1x1-soft-panel-us/c-1027/p-1813

60.     The '258 Accused Products include a controller comprising an effect simulator adapted to calculate a time varying lighting value based on at least one simulation parameter. The at least one simulation parameter depends on the selected user customisable cinematic lighting special effect being simulated and is adapted to output the time varying lighting value to the lighting device so as to simulate the selected user customisable cinematic lighting special effect:

- "The Gemini family of lights has a robust Effects Mode for creating a wide range of dynamic lighting effects. Each effect can be customized to create thousands of variations. This document provides detailed descriptions of each effect parameter and how it is accessed and controlled through the onboard user interface.
  To enter Effects Mode, press the LEFT KNOB to open the main menu and scroll to EFFECTS MODE by twisting the LEFT KNOB. Press the LEFT KNOB to enter Effects mode. Within Effects mode, turn the LEFT KNOB to choose a particular effect and press the LEFT KNOB to activate the selected effect. The interface will switch to Parameter Control Mode, where you can customize the individual parameter of the selected effect."
  **Gemini Effects Guide (Rev. C – Nov. 2019), p. 2**

- "One light, infinite creativity. With precision control over 16.7 million colors and a wide range of gels and fully customizable cinematic effects, Gemini is the only fixture you will need on set. From simulating fire or a television, washing a green screen or matching a color palette, Gemini's beautifully rich color output with outstanding depth, vibrancy and intensity means that whatever the situation the light you need is already on set and just the touch of a button away." https://www.litepanels.com/en/products/gemini-1x1/

- "With an intuitive UI for fast menu selection and customizable pre-set buttons for quick recall of your favorite scenes and settings [such as Cinematic special FX], Gemini makes professional results available at the touch of a button, helping you operate with efficiency and save time on set." https://www.litepanels.com/en/products/gemini-1x1/



https://www.litepanels.com/en/products/gemini-1x1-hard/

# Unleash your creativity with Gemini cinematic effects

In this series, cinematographer Garrett Sammons showcases five short creative scenes and shares practical tips on how to position, shape and fine-tune your lighting for added drama and realism. Whether you're looking to recreate a patrolling cop car or a dramatic lightning strike, Litepanels Gemini LED RGBWW panels give you full creative control.



Fire : Breakdown of how to use the Gemini in a burn barrel to create the perfect fire flicker effect.

Fireworks: Learn how to create and customize the perfect fireworks effect using Gemini.

Lightning : Master the lightning effect mode and enhance your next horror production.

Party: In this mode you see how people really dance under LED light.

https://www.litepanels.com/en/knowledge-base/gemini-effects-series/

Litepanels    About Us    Your Stories    Products    Product Support    Buy/Rent

Cinematographer Mark Raker put Gemini's Lighting Effects Mode through its paces to demonstrate how you can create virtually any colour palette or effect with the turn of a dial. Among the effects he looks at are TV simulation, hue burst, paparazzi, strobe, fire, squares, fireworks, emergency lights, pulse and party lights.



https://www.litepanels.com/en/applications/lighting-for-mood/



https://www.litepanels.com/en/applications/christian-herrara/



https://www.litepanels.com/en/products/gemini-1x1-hard/

61.   The '258 Accused Products calculate, using an effect simulator, a time varying lighting value based on at least one simulation parameter. For example:

### Interface Overview

Effect parameters are controlled and adjusted using the three knobs next to the display screen. The configuration of these controls is displayed on the interface screen. In general, the RIGHT knob will control the dimming parameter of the effect. Pressing the LEFT knob will Change Parameter Rows (when available) and turning a knob will adjust the associated parameter's value. Using these basic rules, it's very easy to dial in the exact effect you are looking for.

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 2**



https://www.litepanels.com/en/products/gemini-1x1/



https://www.litepanels.com/en/products/gemini-1x1/

62.     The '258 Accused Products' "fireworks," "party lites," "fire," "lite-ning," "paparazzi," and "tv/monitor" simulations, for example, vary over time and are generated based on the adjusted effect parameters, including, for example, random colors:

## Fireworks

Simulates a fireworks display

|  | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **FREQ**<br>Adjust the amount of fireworks bursts per time<br>Eg:<br>0 = No bursts<br>50 = Medium number of bursts<br>100 = Large number of bursts | **COLORS**<br>Select the colors used in the fireworks<br>- Red/White/Blue<br>- Red/Green/Blue<br>- 6-Color<br>- 12-Color<br>- Random | **DIM**<br>  0 = No Output<br>100 = Full Output |
| **PRESS** |  | **SUSTAIN**<br>Select the fade time of the bursts<br><br>SHORT = Burst decays quickly<br>MED = Burst decays moderately<br>LONG = Burst decays slowly | **TRIG**<br>Trigger the bursts manually, regardless of the FREQ setting |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 4**

## Party Lites

Colored light changes at regular intervals to simulate club or party lighting

|  | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **RATE**<br>Adjust the amount of color changes per time<br>Eg:<br>0 = Long time between changes<br>100 = Short time between changes | **TYPE**<br>Select the type of Lite Show<br>PULSING = Light fades down and up between colors<br>Chase = Light cross-fades from color to color<br>Blend = Color is continuously output from the HUE color wheel | **DIM**<br>  0 = No Output<br>100 = Full Output |
| **PRESS** |  | **COLORS**<br>Select colors used in the show while in PULSING or CHASE modes<br>- Red/White/Blue<br>- Red/Green/Blue<br>- 6-Color<br>- 12-Color<br>- Random | **TRIG**<br>Press to trigger a color change |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 7**

## Fire

Simulates a wide variety of fire effects from a match to a candle to a bonfire

|  | | LEFT | CENTER | RIGHT |
|---|---|---|---|---|
| **TURN** | | **HUE**<br>Color wheel in degrees<br>Red = 0<br>Green = 120<br>Blue = 240 | **SAT**<br>Purity of the HUE<br>0 = White (5600K)<br>100 = Pure Color | |
| **TURN** | | **RATE**<br>Adjust the flicker rate<br>of the flames<br>Eg:<br>1 = Slow flicker<br>100 = Fast flicker | **DEPTH**<br>Adjust the range of the<br>intensities of the flames<br>Eg:<br>0 = No change in intensity<br>100 = Large range in intensity | **DIM**<br>  0 = No Output<br>100 = Full Output |
| **PRESS** | | Change Row | **COLOR MIX**<br>Select how intensity affects HUE<br>Eg:<br>1-CLR = Only selected HUE used<br>NARROW = Intensity affects HUE<br>slightly<br>MED = Intensity affects HUE<br>moderately<br>WIDE = Intensity affects HUE greatly | |

Notes:
COLOR MIX: Larger intensities lower the HUE value
RATE: Smaller values used for larger flames, larger values used for smaller flames. Ex. Candle RATE = 80
DEPTH: Smaller values used for smaller flames, larger values used for larger flames

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 3**

## Lite-ning
Simulates lightning flashes

|  | **LEFT** | **CENTER** | **RIGHT** |
|---|---|---|---|
| **TURN** | **RATE**<br>Adjust the speed of the undulations of the lightning intensity<br>1-100 | **CCT**<br>Adjust the CCT of the light output from 2700K to 6000K | **DIM**<br>0 = No Output<br>100 = Full Output |
| **PRESS** |  | **MODE**<br>Select LOOP MODE or MANUAL MODE<br>MANUAL MODE = Activate the lightning manually<br>LOOP MODE = Lightning is output continuously | **BUMP**<br>Press to activate the lightning while in MANUAL MODE |
| Notes: |  |  |  |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 6**

## Paparazzi
Simulates camera flashes

|  | **LEFT** | **CENTER** | **RIGHT** |
|---|---|---|---|
| **TURN** | **FREQ**<br>Adjust the amount of flashes per time<br>Eg:<br>0 = No flashes<br>100 = Large amount of flashes | **CCT**<br>Adjust the CCT of the light output from 2700K to 6000K | **DIM**<br>0 = No Output<br>100 = Full Output |
| **PRESS** | **FLASH**<br>Select the type of flash<br>Eg:<br>50ms = Short flash<br>100ms = Med flash<br>150ms = Long flash<br>BULB = Flash with decay | **TRIG**<br>Select LOOP MODE or MANUAL MODE<br>MANUAL MODE = Trigger a flash manually<br>LOOP MODE = Flashes are output continuously | **TRIG**<br>Press to trigger a color change |
| Notes: |  |  |  |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 6**

## TV/Monitor

Simulates the varying light and color output of a Television or Computer Monitor

|  | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **RATE**<br>Adjust the amount of Scene Changes per time<br>0 = No Scene Changes<br>100 = Frequent Scene Changes | **MOTION**<br>Adjust the amount of variations within a scene<br>0 = No variations<br>100 = Frequent variations | **DIM**<br> 0 = No Output<br>100 = Full Output |
| **PRESS** | **RANGE**<br>Set the amount of variation (+- Green) due to Scene Changes or MOTION<br>SML – Small<br>MED – Medium<br>LRG – Large | **CCT**<br>Select the general CCT of the effect.<br>WARM= Less than 3800K<br>NEUT= 3800K < CCT < 4900K<br>COOL= > 4900K | **TRIG**<br>Press to trigger a Scene Change at any time |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 11**

63.    The lighting device and controller are integrated in a combined unit in the '258

Accused Products.



https://www.litepanels.com/en/products/gemini/

**Willful Infringement**

64.     Upon information and belief, Defendants have had actual knowledge (or should

have been aware) of the '258 Patent and its infringement since at least November of 2019 when

Rotolight approached Vitec to take a license to its intellectual property.

65.     Further, Defendants have had actual knowledge of the '258 Patent and its infringement since at least service of Plaintiff's Complaint.

66.     Although Defendants have  incorporated Plaintiff's patented technology as set forth in this Complaint, Defendants have no license to use the technology described in Plaintiff's technical materials and claims disclosed in the patents, which are assigned to Plaintiff.

67.     Defendants' risk of infringement of the Asserted Patents was either known or was so obvious that it should have been known to Defendants.

68.     Notwithstanding this knowledge, Defendants have knowingly or with reckless disregard willfully infringed the '258 Patent. Defendants have thus had actual notice of the infringement of the '258 Patent and acted despite an objectively high likelihood that their actions constituted infringement of Plaintiff's valid patent rights, either literally or equivalently.

69.     This objective risk was either known or so obvious that it should have been known to Defendants. Accordingly, Defendants' infringement has been and continues to be willful, and Plaintiff seeks enhanced damages pursuant to 35 U.S.C. §§ 284 and 285.

**Indirect, Induced, and Contributory Infringement**

70.     Defendants have induced and are knowingly inducing their distributors, testers, trainers, customers, and/or end-users to directly infringe the '258 Patent, with the specific intent to induce acts constituting infringement, and knowing that the induced acts constitute patent infringement, either literally or equivalently.

71.     Defendants have knowingly contributed to direct infringement by their customers by having imported, sold, and/or offered for sale, and knowingly importing, selling, and/or offering to sell within the United States the '258 Accused Products which are not suitable for substantial

non-infringing use and which are especially made or specially adapted for use by its customers in an infringement of the '258 Patent.

72.     Defendants' indirect infringement includes, for example, providing data sheets, technical guides, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end-users to directly infringe the '258 Patent.

73.     Defendants' indirect infringement additionally includes marketing their products for import by their customers into the United States. Defendants' indirect infringement further includes providing product specifications instructing its customers on infringing uses of the accused products. The '258 Accused Products are designed in such a way that when they are used for their intended purpose, the user infringes the '258 Patent, either literally or equivalently. Defendants know and intend that customers who purchase the '258 Accused Products will use those products for their intended purpose. For example, Defendant's United States website, https://www.litepanels.com/en, instructs customers to use the '258 Accused Products in numerous infringing applications. Defendants' customers directly infringe the '258 Patent when they follow Defendant's provided instructions. Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use, and sell infringing products in the United States to serve and develop the United States market for Defendants' infringing products.

74.     Defendants know following their instructions directly infringes claims of the '258 Patent and Defendants' customers who follow Defendants' provided instructions directly infringe the '258 Patent.

75.     As a result of Defendants' infringement, Plaintiff has suffered monetary damages, and is entitled to an award of damages adequate to compensate it for such infringement which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 US.C. § 284.

### COUNT THREE
### INFRINGEMENT OF U.S. PATENT 10,845,044

76.     Plaintiff incorporates by reference the allegations in all preceding paragraphs as if fully set forth herein.

77.     The '044 Patent, entitled "Lighting System and Control Thereof," was filed on April 7, 2017, and issued on November 24, 2020.

78.     Plaintiff is the assignee and owner of all rights, title, and interest to the '044 Patent, including the right to recover for past infringements, and has the legal right to enforce the patent, sue for infringement, and seek equitable relief and damages.

### Technical Description

79.     The '044 Patent relates to a method for controlling a lighting device to produce user customisable lighting effects." '044 Patent, Abstract.

80.     The '044 Patent provides a technical solution to prior art problems by, among other improvements, eliminating the need for a separate lighting device, that is used to produce light effects to mimic lighting effects for example simulating a fireplace, candle, electrical spark or lightning for on set television/broadcast production use. '044 Patent, 1:18-41.

### Direct Infringement

81.     Defendants, individually and collectively as a common business enterprise and without authorization or license from Plaintiff, have been and are directly infringing the '044 Patent, either literally or equivalently, as infringement is defined by 35 U.S.C. § 271, including

through making, using (including for testing purposes), importing, selling, and offering for sale lighting devices that infringe one or more claims of the '044 Patent. Defendants, individually and collectively as a common business enterprise, develop, design, manufacture, sell, and distribute lighting devices that infringe one or more claims of the '044 Patent. Defendants further provide services that practice methods that infringe one or more claims of the '044 Patent. Defendants are thus liable for direct infringement pursuant to 35 U.S.C. § 271. Exemplary infringing products include, but are not limited to, the Litepanels Gemini Series (e.g., the Gemini 1X1 Soft, the Gemini 1X1 Hard, the Gemini 2X1 Soft, and the Gemini 2X1 Hard); Quasar Science Double Rainbow (RR), Rainbow 2 (R2), and Rainbow linear LED lights; and all other substantially similar products (collectively the "'044 Accused Products").

82.    Plaintiff names these exemplary infringing instrumentalities to serve as notice of Defendants' infringing acts, but Plaintiff reserves the right to name additional infringing products, known to or learned by Plaintiff or revealed during discovery, and include them in the definition of '044 Accused Products.

83.    Defendants are liable for direct infringement pursuant to 35 U.S.C. § 271 for the manufacture, sale, offer for sale, importation, or distribution of the '044 Accused Products and other similar products.

84.    The '044 Accused Products are non-limiting examples of  systems adapted to control at least one lighting device to produce a range of different user customisable lighting effects that meet all limitations of at least claim 12 of the '044 Patent, either literally or equivalently.

# Exceptional light – Endless creativity.

Unleash your creative vision and bring high-quality cinematic lighting to your set with the compact and lightweight Gemini RGBWW LED Panel range. Control light precisely from natural white light to fully saturated RGBWW output in an instant; Gemini delivers the ultimate flexibility you need for endless creative lighting options all in one unique fixture. Whether in the studio or out on location, you'll find a perfect lighting solution in the Gemini range.

https://www.litepanels.com/en/products/gemini/



85.     The '044 Accused Products include an input interface adapted to receive user input of at least one user input simulation parameter to customize a lighting effect.

- "The Gemini family of lights has a robust Effects Mode for creating a wide range of dynamic lighting effects. Each effect can be customized to create thousands of variations. This document provides detailed descriptions of each effect parameter and how it is accessed and controlled through the onboard user interface.
  To enter Effects Mode, press the LEFT KNOB to open the main menu and scroll to EFFECTS MODE by twisting the LEFT KNOB. Press the LEFT KNOB to enter Effects mode. Within Effects mode, turn the LEFT KNOB to choose a particular effect and press the LEFT KNOB to activate the selected effect. The interface will switch to Parameter Control Mode, where you can customize the individual parameter of the selected effect." **Gemini Effects Guide (Rev. C – Nov. 2019), p. 2**

- "With an intuitive UI for fast menu selection and customizable pre-set buttons for quick recall of your favorite scenes and settings, [such as Cinematic special FX] Gemini makes professional results available at the touch of a button, helping you operate with efficiency and save time on set."   https://www.litepanels.com/en/products/gemini-1x1/

---

## Creative, high output, quality cinematic lighting

Unleash your creative vision and bring high quality cinematic lighting to your set with the lightweight versatile Gemini 2x1 Soft. Control light precisely with more creative options than ever, from a beautiful soft white light to full RGBWW, Gemini delivers the instant flexibility you need for endless creative lighting options in one unique easy-to-handle fixture. Whether in the studio or out on location, the high-output, quick-to-rig Gemini 2x1 provides exceptional results for any production.

---

https://www.litepanels.com/en/products/gemini-2x1

---

## Interface Overview

Effect parameters are controlled and adjusted using the three knobs next to the display screen. The configuration of these controls is displayed on the interface screen. In general, the RIGHT knob will control the dimming parameter of the effect. Pressing the LEFT knob will Change Parameter Rows (when available) and turning a knob will adjust the associated parameter's value. Using these basic rules, it's very easy to dial in the exact effect you are looking for.

---

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 2**



https://www.litepanels.com/en/products/gemini-1x1/



https://www.litepanels.com/en/litepanels/gemini-1x1-soft-panel-us/c-1027/p-1813



https://www.litepanels.com/en/products/gemini-1x1/

## Fireworks

Simulates a fireworks display

|  | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **FREQ**<br>Adjust the amount of fireworks bursts per time<br>Eg:<br>0 = No bursts<br>50 = Medium number of bursts<br>100 = Large number of bursts | **COLORS**<br>Select the colors used in the fireworks<br>- Red/White/Blue<br>- Red/Green/Blue<br>- 6-Color<br>- 12-Color<br>- Random | **DIM**<br>0 = No Output<br>100 = Full Output |
| **PRESS** |  | **SUSTAIN**<br>Select the fade time of the bursts<br><br>SHORT = Burst decays quickly<br>MED = Burst decays moderately<br>LONG = Burst decays slowly | **TRIG**<br>Trigger the bursts manually, regardless of the FREQ setting |
| Notes: |  |  |  |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 4**

## Party Lites

Colored light changes at regular intervals to simulate club or party lighting

| | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **RATE** Adjust the amount of color changes per time Eg: 0 = Long time between changes 100 = Short time between changes | **TYPE** Select the type of Lite Show PULSING = Light fades down and up between colors Chase = Light cross-fades from color to color Blend = Color is continuously output from the HUE color wheel | **DIM** 0 = No Output 100 = Full Output |
| **PRESS** | | **COLORS** Select colors used in the show while in PULSING or CHASE modes - Red/White/Blue - Red/Green/Blue - 6-Color - 12-Color - Random | **TRIG** Press to trigger a color change |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 7**

# Fire

Simulates a wide variety of fire effects from a match to a candle to a bonfire

| | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **HUE**<br>Color wheel in degrees<br>Red = 0<br>Green = 120<br>Blue = 240 | **SAT**<br>Purity of the HUE<br>0 = White (5600K)<br>100 = Pure Color | |
| **TURN** | **RATE**<br>Adjust the flicker rate<br>of the flames<br>Eg:<br>1 = Slow flicker<br>100 = Fast flicker | **DEPTH**<br>Adjust the range of the<br>intensities of the flames<br>Eg:<br>0 = No change in intensity<br>100 = Large range in intensity | **DIM**<br>  0 = No Output<br>100 = Full Output |
| **PRESS** | Change Row | **COLOR MIX**<br>Select how intensity affects HUE<br>Eg:<br>1-CLR = Only selected HUE used<br>NARROW = Intensity affects HUE<br>slightly<br>MED = Intensity affects HUE<br>moderately<br>WIDE = Intensity affects HUE greatly | |

Notes:
COLOR MIX: Larger intensities lower the HUE value
RATE: Smaller values used for larger flames, larger values used for smaller flames. Ex. Candle RATE = 80
DEPTH: Smaller values used for smaller flames, larger values used for larger flames

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 3**

## Lite-ning

Simulates lightning flashes

| | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **RATE** Adjust the speed of the undulations of the lightning intensity 1-100 | **CCT** Adjust the CCT of the light output from 2700K to 6000K | **DIM** 0 = No Output 100 = Full Output |
| **PRESS** | | **MODE** Select LOOP MODE or MANUAL MODE MANUAL MODE = Activate the lightning manually LOOP MODE = Lightning is output continuously | **BUMP** Press to activate the lightning while in MANUAL MODE |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 6**

## Paparazzi

Simulates camera flashes

| | LEFT | CENTER | RIGHT |
|---|---|---|---|
| **TURN** | **FREQ** Adjust the amount of flashes per time Eg: 0 = No flashes 100 = Large amount of flashes | **CCT** Adjust the CCT of the light output from 2700K to 6000K | **DIM** 0 = No Output 100 = Full Output |
| **PRESS** | **FLASH** Select the type of flash Eg: 50ms = Short flash 100ms = Med flash 150ms = Long flash BULB = Flash with decay | **TRIG** Select LOOP MODE or MANUAL MODE MANUAL MODE = Trigger a flash manually LOOP MODE = Flashes are output continuously | **TRIG** Press to trigger a color change |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 6**

## TV/Monitor

Simulates the varying light and color output of a Television or Computer Monitor

| | LEFT | CENTER | RIGHT |
|---|---|---|---|
| TURN | **RATE**<br>Adjust the amount of Scene<br>Changes per time<br>0 = No Scene Changes<br>100 = Frequent Scene Changes | **MOTION**<br>Adjust the amount of variations<br>within a scene<br>0 = No variations<br>100 = Frequent variations | **DIM**<br>0 = No Output<br>100 = Full Output |
| PRESS | **RANGE**<br>Set the amount of variation<br>(+- Green) due to Scene Changes<br>or MOTION<br>SML – Small<br>MED – Medium<br>LRG – Large | **CCT**<br>Select the general CCT of the effect.<br>WARM= Less than 3800K<br>NEUT= 3800K < CCT < 4900K<br>COOL= > 4900K | **TRIG**<br>Press to trigger a Scene<br>Change at any time |
| Notes: | | | |

**Gemini Effects Guide (Rev. C – Nov. 2019), p. 11**

86.      The '044 Accused Products also include a memory adapted to store said at least one user input simulation parameter, said at least one user input simulation parameter depending on the lighting effect being simulated:

## Presets

Once you've configured an effect to your liking, it can be saved as a preset. First, ensure the Preset Selector is set to the A side (the light next to the "A" will be illuminated). Press and hold any of the six Preset buttons until the acknowledgement screen appears and the current effect will be saved into the selected preset location.

To recall a preset, simply press the Preset button and the effect will be recalled. Note: this will replace the current fixture configuration, so be sure to save any current settings as a separate preset before recalling.

Gemini Effects Guide (Rev. C – Nov. 2019), p. 2



**INCLUDED**

GEMINI 1X1 Soft Panel LED Fixture
GEMINI 1X1 Yoke

(A) PRESET BUTTONS (6X)
(B) PRESET TOGGLE BUTTON
(C) CANCEL BUTTON
(D) DISPLAY
(E) 3-PIN XLR DC POWER INPUT JACK
(F) ACTIVE COMMS INDICATOR LIGHT
(G) GREEN OFFSET / HUE / MENU KNOB
(H) CCT / SATURATION KNOB
(I) DIMMER / INTENSITY KNOB
(J) TVMP STAND ADAPTER
(K) TVMP KNOB

(L) IEC AC INPUT
(M) 5-PIN XLR DMX / MASTER/REPLICA INPUT
(N) 5-PIN XLR DMX / MASTER/REPLICA OUTPUT
(O) BLUETOOTH® / WIRELESS DMX PORT
(P) ANTENNA
(Q) RJ45 DMX / MASTER/REPLICA OUTPUT
(R) RJ45 DMX / MASTER/REPLICA INPUT
(S) USB PORT
(T) 1/4-20 FEMALE THREAD (8X)
(U) AIR INTAKE
(V) YOKE KNOB

(W) YOKE
(X) POWER / STATUS INDICATOR LIGHT
(Y) ON / OFF SWITCH
(Z) POWER SUPPLY ADAPTER
(AA) AIR EXHAUST SPACE
(AB) DOVETAIL CHANNEL (4X)
(AC) ACCESSORY LATCH
(AD) YOKE LOCKING PIN (2X)
(AE) ACCESSORY RAIL (3X)



https://www.youtube.com/watch?v=NFjFfn6xXGs



https://www.youtube.com/watch?v=NFjFfn6xXGs

87.    The '044 Accused Products include an effect simulator adapted to recall from said memory said at least one stored user input simulation parameter; and calculate a time varying lighting value based on said recalled simulation parameter;

## Presets

Once you've configured an effect to your liking, it can be saved as a preset. First, ensure the Preset Selector is set to the A side (the light next to the "A" will be illuminated). Press and hold any of the six Preset buttons until the acknowledgement screen appears and the current effect will be saved into the selected preset location.

To recall a preset, simply press the Preset button and the effect will be recalled. Note: this will replace the current fixture configuration, so be sure to save any current settings as a separate preset before recalling.

Gemini Effects Guide (Rev. C – Nov. 2019), p. 2



**INCLUDED**

GEMINI 1X1 Soft Panel LED Fixture
GEMINI 1X1 Yoke

(A) PRESET BUTTONS (6X)
(B) PRESET TOGGLE BUTTON
(C) CANCEL BUTTON
(D) DISPLAY
(E) 3-PIN XLR DC POWER INPUT JACK
(F) ACTIVE COMMS INDICATOR LIGHT
(G) GREEN OFFSET / HUE / MENU KNOB
(H) CCT / SATURATION KNOB
(I) DIMMER / INTENSITY KNOB
(J) TVMP STAND ADAPTER
(K) TVMP KNOB

(L) IEC AC INPUT
(M) 5-PIN XLR DMX / MASTER/REPLICA INPUT
(N) 5-PIN XLR DMX / MASTER/REPLICA OUTPUT
(O) BLUETOOTH® / WIRELESS DMX PORT
(P) ANTENNA
(Q) RJ45 DMX / MASTER/REPLICA OUTPUT
(R) RJ45 DMX / MASTER/REPLICA INPUT
(S) USB PORT
(T) 1/4-20 FEMALE THREAD (8X)
(U) AIR INTAKE
(V) YOKE KNOB

(W) YOKE
(X) POWER / STATUS INDICATOR LIGHT
(Y) ON / OFF SWITCH
(Z) POWER SUPPLY ADAPTER
(AA) AIR EXHAUST SPACE
(AB) DOVETAIL CHANNEL (4X)
(AC) ACCESSORY LATCH
(AD) YOKE LOCKING PIN (2X)
(AE) ACCESSORY RAIL (3X)



https://www.youtube.com/watch?v=NFjFfn6xXGs



https://www.youtube.com/watch?v=NFjFfn6xXGs



https://www.youtube.com/watch?v=NFjFfn6xXGs

88.     The effect simulator of the '044 Accused Products is further adapted to output said calculated time varying lighting value to the at least one lighting device thereby to simulate a lighting effect.



https://www.litepanels.com/en/products/gemini-1x1-hard/



https://www.litepanels.com/en/knowledge-base/gemini-effects-series/



Cinematographer Mark Raker put Gemini's Lighting Effects Mode through its paces to demonstrate how you can create virtually any colour palette or effect with the turn of a dial. Among the effects he looks at are TV simulation, hue burst, paparazzi, strobe, fire, squares, fireworks, emergency lights, pulse and party lights.

https://www.litepanels.com/en/applications/lighting-for-mood/



https://www.litepanels.com/en/applications/christian-herrara/



https://www.litepanels.com/en/products/gemini-1x1-hard/

**Willful Infringement**

89.     Upon information and belief, Defendants have had actual knowledge (or should have been aware) of the '044 Patent and its infringement since at least and its infringement since

at least November of 2019 when Rotolight approached Vitec to take a license to its intellectual property.

90.     Further, Defendants have had actual knowledge of the '044 Patent and its infringement since at least service of Plaintiff's Complaint.

91.     Although Defendants have incorporated Plaintiff's patented technology as set forth in this Complaint, Defendants have no license to use the technology described in Plaintiff's technical materials and claims disclosed in the patents, which are assigned to Plaintiff.

92.     Defendants' risk of infringement of the Asserted Patents was either known or was so obvious that it should have been known to Defendants.

93.     Notwithstanding this knowledge, Defendants have knowingly or with reckless disregard willfully infringed the '044 Patent. Defendants have thus had actual notice of the infringement of the '044 Patent and acted despite an objectively high likelihood that their actions constituted infringement of Plaintiff's valid patent rights, either literally or equivalently.

94.     This objective risk was either known or so obvious that it should have been known to Defendants. Accordingly, Defendants' infringement has been and continues to be willful, and Plaintiff seeks enhanced damages pursuant to 35 U.S.C. §§ 284 and 285.

### Indirect, Induced, and Contributory Infringement

95.     Defendants have induced and are knowingly inducing their distributors, testers, trainers, customers, and/or end-users to directly infringe the '044 Patent, with the specific intent to induce acts constituting infringement, and knowing that the induced acts constitute patent infringement, either literally or equivalently.

96.     Defendants have knowingly contributed to direct infringement by their customers by having imported, sold, and/or offered for sale, and knowingly importing, selling, and/or offering

to sell within the United States the '044 Accused Products which are not suitable for substantial non-infringing use, and which are especially made or specially adapted for use by its customers in an infringement of the '044 Patent.

97.    Defendants' indirect infringement includes, for example, providing data sheets, technical guides, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end-users to directly infringe the '044 Patent.

98.    Defendants' indirect infringement additionally includes marketing their products for import by their customers into the United States. Defendants' indirect infringement further includes providing product specifications instructing its customers on infringing uses of the accused products. The '044 Accused Products are designed in such a way that when they are used for their intended purpose, the user infringes the '044 Patent, either literally or equivalently. Defendants know and intend that customers who purchase the '044 Accused Products will use those products for their intended purpose. For example, Defendant's United States website, https://www.litepanels.com/en, instructs customers to use the '044 Accused Products in numerous infringing applications. Defendants' customers directly infringe the '044 Patent when they follow Defendant's provided instructions. Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use, and sell infringing products in the United States to serve and develop the United States market for Defendants' infringing products.

99.    Defendants know following their instructions directly infringes claims of the '044 Patent and Defendants' customers who follow Defendants' provided instructions directly infringe the '044 Patent.

100.     As a result of Defendants' infringement, Plaintiff has suffered monetary damages, and is entitled to an award of damages adequate to compensate it for such infringement which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 US.C. § 284.

## VI.     NOTICE

101.     Plaintiff has complied with the notice requirement of 35 U.S.C. § 287. This notice requirement has been complied with by all relevant persons at all relevant times.

## VII.     JURY DEMAND

102.     Plaintiff demands a trial by jury of all matters to which it is entitled to trial by jury, pursuant to Fed. R. Civ. P. 38.

## VIII.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and seeks relief against Defendants as follows:

A.     That the Court determined that one or more claims of the Asserted Patents is infringed by Defendants, both literally and under the doctrine of equivalents;

B.     That the Court determine that one or more claims of the Asserted Patents is indirectly infringed by Defendants;

C.     That the Court award damages adequate to compensate Plaintiff for the patent infringement that has occurred, together with prejudgment and post-judgment interest and costs, and an ongoing royalty for continued infringement;

D.     That the Court permanently enjoin Defendants pursuant to 35 U.S.C. § 283;

E.     That the Court find this case to be exceptional pursuant to 35 U.S.C. § 285;

F.     That the Court determined that Defendants' infringements were willful;

G.      That the Court award enhanced damages against Defendants pursuant to 35 U.S.C.

§ 284;

H.      That the Court award reasonable attorneys' fees; and

I.      That the Court award such other relief to Plaintiff as the Court deems just and

proper.

Dated: July 12, 2022                              Respectfully submitted,


                                                  */s/ Sean T. O'Kelly*
                                                  Sean T. O'Kelly (No. 4349)
                                                  Gerard M. O'Rourke (No. 3265)
                                                  O'KELLY & O'ROURKE, LLC
                                                  824 N. Market Street, Suite 1001A
OF COUNSEL:                                       Wilmington, DE 19801
                                                  (302) 778-4000
E. Leon Carter (pro hac vice pending)             sokelly@okorlaw.com
lcarter@carterarnett.com                          gorourke@okorlaw.com
Texas Bar No. 03914300                            *Counsel for Plaintiff Rotolight Limited*
Scott W. Breedlove (pro hac vice pending)
sbreedlove@carterarnett.com
State Bar No. 00790361
Bradley D. Liddle (pro hac vice pending)
bliddle@carterarnett.com
Texas Bar No. 24074599
Theresa M. Dawson (pro hac vice pending)
tdawson@carterarnett.com
Texas Bar No. 24065128
Michael Pomeroy (pro hac vice pending)
Texas State Bar No. 24098952
mpomeroy@carterarnett.com
Daniel L. Schmid (pro hac vice pending)
dschmid@carterarnett.com
Texas Bar No. 24093118
Nathan Cox (pro hac vice pending)
ncox@carterarnett.com
Texas Bar No. 24105751
CARTER ARNETT PLLC
8150 N. Central Expy, 5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185