IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTOLIGHT LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIDENDUM PLC, and VIDENDUM PRODUCT SOLUTIONS, INC.,<br><br>　　　　　Defendants. | C.A. No. 22-928-MN-JLH |

## REPORT AND RECOMMENDATION AND ORDER

1.　For the reasons announced from the bench at the conclusion of the June 6, 2023 hearing, I recommend that Videndum PLC's Motion to Dismiss the First Amended Complaint Under FRCP 12(b)(2) (D.I. 30) be DENIED without prejudice to refile after jurisdictional discovery has occurred.

2.　For the reasons announced at the June 6, 2023 hearing, it is hereby ORDERED that Rotolight Limited may take jurisdictional discovery.

3.　It is further ORDERED that, within thirty days, the parties shall jointly prepare and file the following: (a) a proposed Scheduling Order consistent with Judge Hall's "Rule 16 Scheduling Order – Patent" up through and including paragraph number 15 (i.e., up to but not including case dispositive motions) and consistent with paragraphs 15-22 of Judge Noreika's "Patent Scheduling Order (non-ANDA)," and includes additional provisions regarding the scope and timing of jurisdictional discovery and a schedule for briefing any renewed motion to dismiss for lack of personal jurisdiction; and (b) a letter, not to exceed three pages, setting forth (i) the parties' positions regarding any disputes in the proposed Scheduling Order; and (ii) a list of any other issues the parties want to address at the Rule 16 Scheduling Conference.  Thereafter, the

Court may schedule a Rule 16 Scheduling Conference to be held with Judge Hall. The Scheduling Orders can be found on Judge Noreika's and Judge Hall's portions of the District Court's website.

Dated: June 6, 2023

_____
The Honorable Jennifer L. Hall
UNITED STATES MAGISTRATE JUDGE