## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTOLIGHT LIMITED | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:22-cv-00928-MN-JLH |
| | § | |
| VIDENDUM PLC, VIDENDUM | § | **JURY TRIAL DEMANDED** |
| PRODUCTION SOLUTIONS, INC. | § | |
| | § | |
| Defendants. | § | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND JURISDICTIONAL DISCOVERY

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Rotolight Limited and Defendants Videndum plc and Videndum Production Solutions, Inc., and subject to the approval of the Court, as follows:

The Court's Scheduling Order assigns the jurisdictional discovery deadline as November 17, 2023. The parties have been working towards completion of jurisdictional discovery but need additional time to complete depositions based on the availability of witnesses. The extension is not sought for the purposes of delay. Thus, the parties agree and stipulate to an extension of the November 17, 2023, deadline to complete jurisdictional discovery until January 31, 2024.


Dated:  November 17, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Andrew M. Moshos | /s/ Sean T. O'Kelly |

Jonathan A. Choa (#5319)
Andrew M. Moshos (#6685)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19899-0951
(302) 984-6000
jchoa@potteranderson.com
amoshos@potteranderson.com

David M. Magee (pro hac vice)
Karl T. Fisher (pro hac vice)
**ARMSTRONG TEASDALE LLP**
Prudential Tower
800 Boylston St, 30th Floor
Boston, MA 02199
Telephone: 617.824.5134
Facsimile: 617.830.8490
dmagee@atllp.com
kfisher@atllp.com

Kyle Gottuso (pro hac vice)
Marc Vander Tuig (pro hac vice)
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105-1847
Telephone: 314.342.4131
kgottuso@atllp.com
mvandertuig@atllp.com

ATTORNEYS FOR DEFENDANTS

Sean T. O'Kelly (No. 4349)
Gerard M. O'Rourke (No. 3265)
**O'KELLY & O'ROURKE, LLC**
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

Bradley D. Liddle (*admission pending*)
Texas State Bar No. 24074599
bliddle@carterarnett.com
Michael Pomeroy (*pro hac vice*)
Texas State Bar No. 24098952
mpomeroy@carterarnett.com
Howard L. Lim (*pro hac vice* to be filed)
hlim@carterarnett.com
Texas Bar No. 24092701
CARTER ARNETT PLLC
8150 N. Central Expressway
5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

ATTORNEYS FOR PLAINTIFF

SO ORDERED this ____ day of November, 2023

_____
U.S.D.J.