**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROTOLIGHT LIMITED | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:22-cv-00928-JLH |
| VIDENDUM PLC, VIDENDUM PRODUCTION SOLUTIONS, INC. | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND JURISDICTIONAL DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Rotolight Limited and Defendants Videndum plc and Videndum Production Solutions, Inc., and subject to the approval of the Court, as follows:

The Court's Order (D.I. 75) assigns the jurisdictional discovery deadline as January 31, 2024. The parties have been working towards completion of jurisdictional discovery, including having scheduled depositions to be conducted in February, March, and April based on witness availability. Accordingly, additional time is needed to complete these depositions. Thus, the parties agree and stipulate to an extension of the January 31, 2024 deadline to complete jurisdictional discovery until May 10, 2024. The parties also agree and stipulate to an extension of the deadline for Videndum plc to file its renewed motion to dismiss, with the motion to be filed on or before May 24, 2024, with the resulting schedule, as follows:

| EVENT | PRIOR DEADLINE | PROPOSED AMENDED DEADLINE |
|---|---|---|
| Close of Jurisdictional Discovery | January 31, 2024 | May 10, 2024 |
| Opening Brief of Renewed Motion to Dismiss for Lack of Personal Jurisdiction | February 1, 2024 | May 23, 2024 |
| Opposition to Renewed Motion to Dismiss | February 12, 2024 | June 3, 2024 |

1

| | | |
|---|---|---|
| Reply is support of Motion to Dismiss | February 19, 2024 | June 10, 2024 |

Only those discovery milestones identified above are amended by this proposed extension.

The requested extension is not sought for the purposes of delay.

Dated: January 31, 2024

Respectfully submitted,

/s/ Andrew M. Moshos
Bindu A. Palapura (#5370)
Andrew M. Moshos (#6685)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19899-0951
(302) 984-6000
bpalapura@potteranderson.com
amoshos@potteranderson.com

David M. Magee (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
One International Place, Suite 2000
Boston, MA 02110
617.310.6035
David.Magee@gtlaw.com

Karl T. Fisher (pro hac vice)
**ARMSTRONG TEASDALE LLP**
Prudential Tower
800 Boylston St, 30th Floor
Boston, MA 02199
Telephone: 617.824.5134
kfisher@atllp.com

Kyle Gottuso (pro hac vice)
Marc Vander Tuig (pro hac vice)
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105-1847
Telephone: 314.342.4131
kgottuso@atllp.com
mvandertuig@atllp.com

ATTORNEYS FOR DEFENDANTS

Respectfully submitted,

/s/ Sean T. O'Kelly
Sean T. O'Kelly (No. 4349)
Gerard M. O'Rourke (No. 3265)
**O'KELLY & O'ROURKE, LLC**
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

Bradley D. Liddle (*admission pending*)
Texas State Bar No. 24074599
bliddle@carterarnett.com
Michael Pomeroy (*pro hac vice*)
Texas State Bar No. 24098952
mpomeroy@carterarnett.com
Howard L. Lim (*pro hac vice* to be filed)
hlim@carterarnett.com
Texas Bar No. 24092701
**CARTER ARNETT PLLC**
8150 N. Central Expressway
5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

ATTORNEYS FOR PLAINTIFF

SO ORDERED this __2nd__ day of February, 2024

                                              _____
                                              The Honorable Jennifer L. Hall
                                              U.S.D.J.