**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROTOLIGHT LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-00928-JLH |
| | ) |
| VIDENDUM PRODUCTION SOLUTIONS, INC., VIDENDUM PLC | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |
| | ) |

**ASSENTED TO JOINT STIPULATION AND ORDER TO EXTEND TIME**

IT IS JOINTLY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Rotolight Limited ("Plaintiff"), and Defendants, Videndum plc and Videndum Production Solutions, Inc. ("Defendants"), subject to the approval of the Court, that the deadlines as set forth in the scheduling order (D.I. 67) associated with the identified claim construction milestones are extended, as follows:

| **Claim Construction Milestone** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Exchange of Proposed Constructions For All Terms/Phrases | March 21, 2024 | April 1, 2024 |
| Joint Claim Construction Chart | March 22, 2024 | April 2, 2024 |
| Technology Tutorial | on or before the date the Joint Claim Construction Brief is | |
| Claim Construction – Plaintiff's Opening Brief | April 1, 2024 | April 15, 2024 |
| Claim Construction – Defendants' Answering Brief | April 22, 2024 | May 6, 2024 |
| Claim Construction – Plaintiff's Reply Brief | April 29, 2024 | May 13, 2024 |
| Claim Construction – Defendants' Sur-Reply Brief | May 13, 2024 | May 20, 2024 |
| Claim Construction – Joint Claim Construction Brief | May 20, 2024 | May 29, 2024 |

| | | |
|---|---|---|
| Document Production Substantially Complete | May 4, 2024 | July 11, 2024 |
| Claim Construction Hearing | July 2, 2024 at 10:00 a.m. ||

All other deadlines remain unchanged.

ASSENTED TO BY:

/s/ Sean T. O'Kelly
Sean T. O'Kelly (No. 4349)
Gerard M. O'Rourke (No. 3265)
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

Bradley D. Liddle (pro hac vice)
bliddle@carterarnett.com
Texas Bar No. 24074599
Theresa M. Dawson (pro hac vice)
tdawson@carterarnett.com
Texas Bar No. 24065128
Michael Pomeroy (pro hac vice)
Texas State Bar No. 24098952
mpomeroy@carterarnett.com
Daniel L. Schmid (pro hac vice)
dschmid@carterarnett.com
Texas Bar No. 24093118
CARTER ARNETT PLLC
8150 N. Central Expy, 5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185
*Attorneys for Plaintiff*
*Rotolight Limited*

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
Phone: (302) 661-7000
Fax: (302) 661-7360
schladweilerb@gtlaw.com

David M. Magee (*pro hac vice*)
Karl T. Fisher *(pro hac vice)*
GREENBERG TRAURIG LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: 617.310.6000
David.Magee@gtlaw.com
Karl.Fisher@gtlaw.com

*Attorneys for Defendants Videndum plc and Videndum Production Solutions, Inc.*

IT IS SO ORDERED, this  25th  day of _____March_____, 2024.

_____
The Honorable Jennifer L. Hall
U.S. District Judge

3