## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTOLIGHT LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-00928-JLH |
| | ) |
| VIDENDUM PRODUCTION | ) **JURY TRIAL DEMANDED** |
| SOLUTIONS, INC., VIDENDUM PLC | ) |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION AND ORDER TO EXTEND TIME

IT IS JOINTLY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Rotolight Limited ("Plaintiff"), and Defendants, Videndum plc and Videndum Production Solutions, Inc. ("Defendants"), subject to the approval of the Court, that the deadlines as set forth in the scheduling order (D.I. 67), and thereafter amended (D.I. 86), associated with the following jurisdictional milestones are extended, as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Opposition to Renewed Motion to Dismiss | June 3, 2024 | June 10, 2024 |
| Reply in Support of Motion to Dismiss | June 10, 2024 | June 24, 2024 |

All other deadlines remain unchanged.

The requested extension is not sought for the purposes of delay.

ASSENTED TO BY:

/s/ Sean T. O'Kelly
Sean T. O'Kelly (No. 4349)
Gerard M. O'Rourke (No. 3265)
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

Bradley D. Liddle (pro hac vice)
bliddle@carterarnett.com
Texas Bar No. 24074599
Michael Pomeroy (pro hac vice)
Texas State Bar No. 24098952
mpomeroy@carterarnett.com
CARTER ARNETT PLLC
8150 N. Central Expy, 5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185
*Attorneys for Plaintiff
Rotolight Limited*

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
Phone: (302) 661-7000
Fax: (302) 661-7360
schladweilerb@gtlaw.com

David M. Magee (*pro hac vice*)
Karl T. Fisher *(pro hac vice)*
GREENBERG TRAURIG LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: 617.310.6000
David.Magee@gtlaw.com
Karl.Fisher@gtlaw.com

*Attorneys for Defendants Videndum plc and Videndum Production Solutions, Inc.*

IT IS SO ORDERED, this _____ day of _____, 2024.

_____
U.S. District Judge