## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTOLIGHT LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-928-JLH |
| | ) |
| VIDENDUM PRODUCTION | ) **JURY TRIAL DEMANDED** |
| SOLUTIONS, INC., VIDENDUM PLC | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE

WHEREAS, Plaintiff Rotolight Limited ("Plaintiff") and Defendants Videndum plc and Videndum Production Solutions, Inc. (jointly, "Defendants") jointly seek to extend certain deadlines set forth in the Scheduling Order (D.I. 67), as previously amended (D.I. 100, 102, 104, 106), for the reasons that follow;

WHEREAS, the parties recently completed jurisdictional discovery, and Videndum plc renewed its Motion to Dismiss (which motion is fully briefed and pending a decision which will inform whether the Court may exercise jurisdiction over Videndum plc);

WHEREAS, the parties have only engaged in limited merit discovery as a result of the parties' attention being directed to jurisdictional issues, and more time is required to complete merit discovery;

WHEREAS, these circumstances require the extension of certain deadlines in the schedule, including the close of fact and expert discovery;

WHEREAS, and for these reasons, the parties jointly and respectfully seek an extension of the trial date to facilitate the extensions of other case deadlines;

WHEREAS, the parties certify, pursuant to District of Delaware Local Rule 16.4, that counsel for each party has sent a copy of this request to their respective clients;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Scheduling Order shall be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joinder of Other Parties and Amendment/ Supplementation of Pleadings | June 30, 2023 | No Change |
| Document Production Substantially Complete | July 11, 2024 | January 13, 2025 |
| Plaintiff's Final Infringement Contentions | July 3, 2024 | January 8, 2025 |
| Defendants' Final Invalidity Contentions | August 5, 2024 | February 12, 2025 |
| Fact Discovery Cut-Off | August 2, 2024 | February 5, 2025 |
| Opening Expert Reports | August 16, 2024 | February 17, 2025 |
| Rebuttal Expert Reports | September 16, 2024 | March 20, 2025 |
| Reply Expert Reports | September 27, 2024 | March 31, 2025 |
| Expert Discovery Cut-Off | November 1, 2024 | May 14, 2025 |
| Case Dispositive Motions | January 22, 2025 | August 21, 2025 |
| Jury Instructions, Voir Dire, and Special Verdict Forms | 7 business days before the scheduled pretrial conference | 7 business days before the scheduled pretrial conference |
| The parties shall file with the Court the joint proposed final pretrial order in compliance with Local Rule 16.3(c) and the Court's Preferences and Procedures for Civil Cases | 7 days before the scheduled pretrial conference | 7 days before the scheduled pretrial conference |
| Pretrial Conference | June 9, 2025 | January 12, 2026 or at the Court's earliest convenience and availability thereafter |
| Jury Trial (Four Days) | June 16, 2025 | January 19, 2026 or |

2

|  |  | at the Court's earliest convenience and availability thereafter |
|---|---|---|
| Judgment on Verdict and Post-Trial Status Report | 7 days after a jury returns a verdict | 7 days after a jury returns a verdict |

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly (No. 4349)
Gerard M. O'Rourke (No. 3265)
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

Bradley D. Liddle (*pro hac vice*)
Theresa M. Dawson (*pro hac vice*)
Michael Pomeroy (*pro hac vice*)
Daniel L. Schmid (*pro hac vice*)
CARTER ARNETT PLLC
8150 N. Central Expy, 5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185
bliddle@carterarnett.com
tdawson@carterarnett.com
mpomeroy@carterarnett.com
dschmid@carterarnett.com

*Attorneys for Plaintiff*
*Rotolight Limited*

*/s/ Renée Mosley Delcollo*
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
Phone: (302) 661-7000
Fax: (302) 661-7360
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

David M. Magee (*pro hac vice*)
Karl T. Fisher (*pro hac vice*)
GREENBERG TRAURIG LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: 617.310.6000
David.Magee@gtlaw.com
Karl.Fisher@gtlaw.com

*Attorneys for Defendants Videndum plc and Videndum Production Solutions, Inc.*

Dated: July 3, 2024

**SO ORDERED** this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE