# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTOLIGHT LIMITED § § Plaintiff, § § v. § § VIDENDUM, VIDENDUM PRODUCTION § SOLUTIONS, INC. § § Defendants. § | Case No. 1:22-cv-00928-JLH<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rotolight Ltd. and Defendant Videndum Production Solutions, Inc. have resolved their dispute and hereby stipulate to dismiss the action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)[1], with each party to bear its own costs and attorneys' fees.

Date:   December 6, 2024

Respectfully submitted,

/s/ Sean T. O'Kelly
Sean T. O'Kelly (No. 4349)
Gerard M. O'Rourke (No. 3265)
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

Bradley D. Liddle (*pro hac vice*)
bliddle@cozen.com
Cozen O'Connor PLLC
1717 Main Street
Dallas, Texas 75201
Telephone No. (214) 462-3139
Facsimile No. (214) 462-3299

Michael Pomeroy (*pro hac vice*)
Texas State Bar No. 24098952
mpomeroy@carterarnett.com

CARTER ARNETT PLLC

/s/ Renée Mosley Delcollo
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
Phone: (302) 661-7000
Fax: (302) 661-7360
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

David M. Magee (*pro hac vice*)
Karl T. Fisher (*pro hac vice*)
GREENBERG TRAURIG LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: 617.310.6000
David.Magee@gtlaw.com
Karl.Fisher@gtlaw.com

*Attorneys for Defendant Videndum Production Solutions, Inc.*

---

[1] Dismissal of Videndum plc (*see* D.I. 121) shall hereby be with prejudice. FRCP 41(a)(1)(A)(ii).

**JOINT STIP. OF DISMISSAL WITH PREJUDICE**                                                                 1

8150 N. Central Expressway
5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

*Attorneys for Plaintiff Rotolight Limited*



IT IS SO ORDERED, this __11th__ day of __December__, 2024

_____
The Honorable Jennifer L. Hall
U.S. District Judge